

Ilana Haramati
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

March 12, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

> Application granted. The status conference is adjourned to April 3, 2024 at 11:00 a.m. Time is excluded until April 3, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> March 13, 2024

Re:    *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

    We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request an adjournment of the March 18, 2024 status conference for approximately two weeks to accommodate ongoing discovery production and review. We have conferred with counsel for government who consents to this adjournment.

    We further consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

Respectfully submitted,

_____/s/ IH_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:    Counsel of Record (*via ECF*)

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com