

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 14, 2024

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The status conference is adjourned to April 9, 2024 at 3:00 p.m. Time is excluded until April 9, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 14, 2024

**Re: United States v. Niranjan Mittal, 23 Cr. 648 (RA)**

Dear Judge Abrams:

      Due to a scheduling conflict, the Government respectfully requests that the Court adjourn the status conference in this matter—which was rescheduled yesterday to April 3, 2024, at 11 a.m.—to April 9 at 3 p.m.  The Government understands that time is convenient for the Court and defense counsel.  If this adjournment is granted, the Government further requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), from April 3, 2024, through April 9, 2024.  Excluding time will allow the defense to continue its review of discovery and preparation of motions.  The defense consents to this request.

      Finally, the Government respectfully requests that the Court enter the enclosed protective order, which both parties have signed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2330 / -2386

cc (by ECF):  Ilana Haramati, Esq., and Henry Mazurek, Esq.