

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 4, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

> Application granted.  Time is excluded until
> April 12, 2024, under the Speedy Trial Act,
> pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 5, 2024

Re:   *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

  We represent defendant Niranjan Mittal in the above-referenced case.  We write to respectfully request an adjournment of the April 9, 2024 status conference until April 12, 2024 at 2 p.m. to accommodate ongoing discovery production and review.  We have conferred with counsel for government who consents to this adjournment.

  We further consent to the exclusion of time under the Speedy Trial Act until the re-scheduled status conference.

Respectfully submitted,

/s/ IH

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:   Counsel of Record (*via ECF*)