

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 5, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 5, 2024

      Re:    *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

    We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request the temporary modification of Dr. Mittal's conditions of release to permit him to travel to the Buffalo, New York area from Saturday June 8, 2024 through Monday June 10, 2024.

    We have conferred with Pretrial Services and counsel for the government who have no objection to this request.

                                           Respectfully submitted,

                                              /s/ IH

                                        Henry E. Mazurek
                                        Ilana Haramati

                                        *Counsel for Defendant Niranjan Mittal*

cc:    Counsel of Record (*via ECF*)
       Pretrial Services (*via Email*)