

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 13, 2024

**VIA ECF**

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Ronnie Abrams, U.S.D.J.
September 16, 2024

Re:     *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request a two-week adjournment of the pretrial motions deadlines as follows:

-   Pretrial Motions, currently due on September 20, 2024, will be due on October 4, 2024;

-   Responses, currently due on October 7, 2024, will be due on October 21, 2024; and

-   Replies, currently due on October 15, 2024, will be due on October 29, 2024.

This adjournment is necessary to accommodate ongoing plea negotiations, which may result in a disposition short of trial. We have conferred with counsel for government who consent to this adjournment.

Respectfully submitted,

_____/s/ IH_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:     Counsel of Record (*via ECF*)