

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 27, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

> Application granted. The Court adopts the proposed revised briefing schedule. The oral argument scheduled for October 28, 2024 is canceled. Once the motions are fully briefed, the parties shall notify the Court of their availability for oral argument.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> September 27, 2024

Re:   *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request a two-week adjournment of the pretrial motions deadlines as follows:

- Pretrial Motions, currently due on October 4, 2024, will be due on October 18, 2024;

- Responses, currently due on October 21, 2024, will be due on November 4, 2024; and

- Replies, currently due on October 29, 2024, will be due on November 12, 2024.

We likewise request that the Court remove the oral argument date of October 28, 2024 from the case calendar, and the parties will contact the Court to reschedule oral argument once the motions are fully briefed.

These requests are necessary to accommodate ongoing plea negotiations, which may result in a disposition short of trial. We have conferred with counsel for government who consent to these requests.

Respectfully submitted,

/s/ IH

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:   Counsel of Record (*via ECF*)