

Ilana Haramati
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

October 15, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 16, 2024

Re:     *United States v. Niranjan Mittal,* **23-cr-648 (RA)**

Dear Judge Abrams,

We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request a one-week adjournment of the pretrial motions deadlines as follows:

- Pretrial Motions, currently due on October 18, 2024, will be due on October 25, 2024;

- Responses, currently due on November 4, 2024, will be due on November 12, 2024; and

- Replies, currently due on November 12, 2024, will be due on November 19, 2024.

These requests are necessary to accommodate ongoing plea negotiations, which may result in a disposition short of trial. We have conferred with counsel for government who consent to these requests.

Respectfully submitted,

/s/ IH

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:     Counsel of Record (*via ECF*)