UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NIRANJAN MITTAL,

Defendant.

No. 23-CR-648

ORDER

RONNIE ABRAMS, United States District Judge:

      As agreed upon at today's conference, the parties shall be prepared to try this case on April 7, 2025.  In accordance with this Court's Individual Rules & Practices in Criminal Cases, any *in limine* motions, as well as proposed *voir dire* questions, jury instructions and verdict forms shall be filed no later than March 21, 2025, and responses thereto filed no later than March 28, 2025.  A final pretrial conference is scheduled for April 4, 2025 at 2:30 p.m.

      Time is excluded until April 7, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    October 28, 2024
          New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge