

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

November 19, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 19, 2024

Re:    *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

    We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request the temporary modification of Dr. Mittal's conditions of release to permit him to travel to California from November 25, 2024 through December 2, 2024 to celebrate Thanksgiving with his family.

    We have conferred with Pretrial Services and counsel for the government who have no objection to this request.

Respectfully submitted,

    /s/ IH
_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Niranjan Mittal*

cc:    Counsel of Record (*via ECF*)
       Pretrial Services (*via Email*)