

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

December 5, 2024

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 6, 2024

Re:   *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

  We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request the temporary modification of Dr. Mittal's conditions of release to permit him to refinance real property at 7404 Fifth Avenue, Brooklyn, New York, 11220. Dr. Mittal posted this property to secure the bond in this case through a Confession of Judgment filed in Kings County Supreme Court. This Confession of Judgment resulted in a lien against the property, which now precludes Dr. Mittal from completing his refinance of that property.

  Accordingly, and after conferring with Assistant United States Attorney Patrick Moroney about the instant application, Dr. Mittal requests the Court temporarily modify the condition requiring the bond be secured by real property and eliminate that condition for a period of 30 days. The government does not oppose this request. The parties agree that Dr. Mittal can seek an extension of the 30-day period if he requires additional time to complete his refinancing of the property. The parties agree that upon completion of this refinancing Dr. Mittal will re-post the property to secure the bond in this case consistent with the conditions of bond imposed on December 14, 2023, and file a new Confession of Judgment in Kings County Supreme Court.

  We have conferred with Pretrial Services, which defers to the government.

Respectfully submitted,

  /s/ JIS
Henry E. Mazurek
Ilana Haramati
Jason I. Ser
*Counsel for Defendant Niranjan Mittal*

cc: Counsel of Record (*via ECF*)
  Pretrial Services (*via Email*)

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com