UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NIRANJAN MITTAL,<br><br>                  Defendant. | 23-CR-648 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of the Government's submission of the declaration of Special Agent Ben Davis, ECF No. 43, no later than January 8, 2025, Defendant shall advise the Court whether he still requests an evidentiary hearing on his suppression motion and, if so, shall describe the disputed factual issues that would be addressed at such a hearing. The Government shall file its response, if any, by January 13, 2025.

SO ORDERED.

Dated:  January 2, 2025
         New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge