

Jason I. Ser
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

January 6, 2025

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 7, 2025

Re:   *United States v. Niranjan Mittal*, 23-cr-648 (RA)

Dear Judge Abrams,

We represent defendant Niranjan Mittal in the above-referenced case. We write to respectfully request a 30-day extension of the Court's December 6, 2024 Order, which temporarily modified Dr. Mittal's conditions of release and eliminated the requirement that the bond be secured by real property for a period of 30 days. Dr. Mittal requires this additional time to complete his refinancing of the property at 7404 Fifth Avenue, Brooklyn, New York, 11220.

We have conferred with the government regarding the instant request. The government has no objection.

Respectfully submitted,

_____/s/ JIS_____
Henry E. Mazurek
Ilana Haramati
Jason I. Ser
*Counsel for Defendant Niranjan Mittal*

cc:   Counsel of Record (*via ECF*)
       Pretrial Services (*via Email*)