UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NIRANJAN MITTAL,<br><br>              Defendant. | 23-CR-648 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

No later than January 29, 2025, the Government shall provide the following to the Court for *in camera* review:

1. All interview reports produced to Defendant, including, as described in the Government's opposition to Defendant's motion for a bill of particulars, reports of interviews of:

    a. 25 current and former employees;

    b. 6 physicians and nurse practitioners who performed angiograms for Defendant;

    c. 23 patients;

    d. 11 physicians who entered into purported rental agreements with Defendant or who otherwise received payments from him;

2. The expert report produced to Defendant, and any materials necessary to properly review the report;

3. The chart produced to Defendant listing physicians' offices with whom Defendant had purported lease arrangements.

SO ORDERED.

Dated:    January 24, 2025
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge