

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 28, 2025

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 28, 2025

**Re: *United States v. Niranjan Mittal*, 23 Cr. 648 (RA)**

Dear Judge Abrams:

    The parties have conferred regarding expert disclosures in this matter, and respectfully request that the Court so-order the following deadlines:

    Government expert disclosures: February 20, 2025

    Defense expert disclosures: March 14, 2025

               Respectfully submitted,

                DANIELLE R. SASSOON
                United States Attorney

            by: __/s/_____
                Ryan B. Finkel
                Patrick R. Moroney
                Brandon C. Thompson
                Matthew Weinberg
                Assistant United States Attorneys
                (212) 637-6612 / -2330 / -2444 / -2386

cc (by ECF): All Counsel of Record