UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA v. NIRANJAN MITTAL, Defendant. | | No. 23-CR-648 (RA) ORDER OF REFERENCE | |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Wang for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Forfeiture calculation. *See* Sentencing Transcript (Aug. 21, 2025). |

SO ORDERED.

Dated:   August 21, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge