
## Meister Seelig & Fein PLLC

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

March 24, 2026

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 25, 2026

Re:   *United States v. Niranjan Mittal*, **23-cr-648 (RA)**

Dear Judge Abrams:

We represent Niranjan Mittal and write to request an order exonerating the bond in this matter. On August 21, 2025, the Court sentenced Dr. Mittal to 37 months of imprisonment. The Court ordered Dr. Mittal to self-surrender directly to his designated Bureau of Prisons (BOP) facility by 2:00 p.m. on November 17, 2025. The BOP designated Dr. Mittal to its federal medical center in Ayer, Massachusetts. Dr. Mittal self-surrendered to that facility on November 17, 2025, as ordered by the Court.

We contacted Assistant United States Attorney Patrick Moroney regarding the instant request. The government has no objection.

Respectfully submitted,

_____/s/ JIS_____

Henry E. Mazurek
Ilana Haramati
Jason I. Ser

*Counsel for Defendant Niranjan Mittal*

cc:   Counsel of Record (*via ECF*)