UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

-against-

NIRANJAN MITTAL,

Defendant.

---------------------------------------------------------------x

23-CR-648 (RA)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold an in-person status conference in this matter on **January 7, 2027** at **10:00 A.M.** in **Courtroom 20D, 500 Pearl Street, New York, NY 10007.** Parties should be prepared to discuss the following:

1. Whether all relevant data for calculating the forfeiture amount may be found at ECF Nos. 78-3, 81-2, and 82-2;
2. Whether these exhibits are drawn from the same source material;
3. Whether there would be a need for any witness testimony (and consequently, an evidentiary hearing) in order for the Court to make proposed findings of fact; and
4. Whether the parties' positions have changed since the last round of briefing.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge